# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01781-JTC

*04cv12273*
*PBS*

Meeks, et al v. Pfizer, Inc, et al
Assigned to: Judge Jack T. Camp
Demand: $0
Cause: 18:1964 Racketeering (RICO) Act

Date Filed: 06/21/2004
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

----------------------

**Johnny Ray Meeks,** *on behalf of himself and all others similarly situated*

represented by **Bryan Anthony Vroon**
Vroon & Crongeyer
1230 Peachtree Street
Suite 2450
Atlanta, GA 30309
404-607-6710
Fax: 404-607-6711
Email: bvroon@vclawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Crongeyer**
Vroon & Crongeyer
1230 Peachtree Street
Suite 2450
Atlanta, GA 30309
404-607-6710
Fax: 404-607-6711
Email: jcrongeyer@vclawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Stephens,** *on behalf of herself and all others similarly situated*

represented by **Bryan Anthony Vroon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Crongeyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Veronica Johnson,** *on behalf of herself and all others similarly situated*

represented by **Bryan Anthony Vroon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Page 2 of 3

John W. Crongeyer
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


V.


**Defendant**

-----------------------

| | | |
|---|---|---|
| **Pfizer, Inc** | represented by | **Bryan Anthony Vroon**<br>(See above for address) |
| | | **John W. Crongeyer**<br>(See above for address) |
| **Warner Lambert Company** | represented by | **Bryan Anthony Vroon**<br>(See above for address) |
| | | **John W. Crongeyer**<br>(See above for address) |


| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2004 | 1 | COMPLAINT filed and summons(es) issued. Consent form to proceed before U.S. magistrate and pretrial instructions given to attorney; jury demand FILING FEE $ 150 RECEIPT # 523435 (ldp) (Entered: 06/23/2004) |
| 07/15/2004 | 2 | MOTION to Stay Proceedings Pending Transfer to MultiDistrict Litigation by Veronica Johnson, Johnny Ray Meeks, Pfizer, Inc, Stephanie Stephens, Warner Lambert Company. (Attachments: # 1 Brief)(cdg) (Entered: 07/26/2004) |
| 07/15/2004 | 3 | CERTIFICATION OF COMPLIANCE by Pfizer, Inc, Warner Lambert Company (cdg) (Entered: 07/26/2004) |
| 07/15/2004 | 4 | CERTIFICATE OF SERVICE by Pfizer, Inc, Warner Lambert Company (cdg) (Entered: 07/26/2004) |
| 07/15/2004 | 5 | ORDER granting 2Motion to Stay. Signed by Judge Jack T. Camp on 7/15/04.(cdg) (Entered: 07/26/2004) |
| 07/15/2004 | 6 | CONSOLIDATED RESPONSE to Motion filed by defendants Pfizer,Inc, Warner Lambert Company re2 MOTION to Stay proceedings pending transfer. (Attachments: # 1 Brief in support# 2 |

| | | |
|---|---|---|
| | | Schedule of Actions)(cdg) (Entered: 07/27/2004) |
| 07/15/2004 | 7 | Notice of filing Cross motion to Transfer Pursuant to 28 U.S.C. 1407 by defendants Pfizer, Inc, Warner Lambert Company. *Contained within dfts response to pending motions to transfer 6 Motion (Attachments: # 1 in support)(cdg) Modified on 10/5/2004 to correct entry(cdg). (Entered: 07/27/2004) |
| 07/15/2004 | 8 | CERTIFICATE OF SERVICE by Pfizer, Inc, Warner Lambert Company (cdg) (Entered: 07/27/2004) |
| 09/07/2004 | | Submission of 7 MOTION to Transfer Case, submitted to District Judge Jack T. Camp. (cdg) (Entered: 09/07/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/27/2004 14:22:46 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-01781-JTC |
| **Billable Pages:** | 2 | **Cost:** | 0.14 |