4months, CLOSED

**U.S. District Court**
**Northern District of Georgia (Atlanta)**
**CIVIL DOCKET FOR CASE #: 1:04-cv-01781-JTC**
**Internal Use Only**

ATTEST: A TRUE COPY
CERTIFIED THIS

NOV 3 0 2004

Luther D. Thomas, Clerk
By: [signature]
Deputy Clerk

Meeks, et al v. Pfizer, Inc, et al
Assigned to: Judge Jack T. Camp
Demand: $0
Cause: 18:1964 Racketeering (RICO) Act

Date Filed: 06/21/2004
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

04cv12273 PBS

**Plaintiff**
-----------------------

**Johnny Ray Meeks,** *on behalf of himself and all others similarly situated*

FILED
DEC 13 2004
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

represented by **Bryan Anthony Vroon**
Vroon & Crongeyer
1230 Peachtree Street
Suite 2450
Atlanta, GA 30309
404-607-6710
Fax: 404-607-6711
Email: bvroon@vclawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Crongeyer**
Vroon & Crongeyer
1230 Peachtree Street
Suite 2450
Atlanta, GA 30309
404-607-6710
Fax: 404-607-6711
Email: jcrongeyer@vclawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Stephens,** *on behalf of herself and all others similarly situated*

represented by **Bryan Anthony Vroon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Crongeyer**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Veronica Johnson,** *on behalf of herself and all others similarly situated*    represented by    **Bryan Anthony Vroon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Crongeyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-------------------------

**Pfizer, Inc**    represented by    **Bryan Anthony Vroon**
(See above for address)

**John W. Crongeyer**
(See above for address)

**Warner Lambert Company**    represented by    **Bryan Anthony Vroon**
(See above for address)

**John W. Crongeyer**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2004 | 1 | COMPLAINT filed and summons(es) issued. Consent form to proceed before U.S. magistrate and pretrial instructions given to attorney; jury demand FILING FEE $ 150 RECEIPT # 523435 (ldp) (Entered: 06/23/2004) |
| 07/15/2004 | 2 | MOTION to Stay Proceedings Pending Transfer to MultiDistrict Litigation by Veronica Johnson, Johnny Ray Meeks, Pfizer, Inc, Stephanie Stephens, Warner Lambert Company. (Attachments: # 1 Brief)(cdg) (Entered: 07/26/2004) |
| 07/15/2004 | 3 | CERTIFICATION OF COMPLIANCE by Pfizer, Inc, Warner Lambert Company (cdg) (Entered: 07/26/2004) |

| 07/15/2004 | ○4 | CERTIFICATE OF SERVICE by Pfizer, Inc, Warner Lambert Company (cdg) (Entered: 07/26/2004) |
|---|---|---|
| 07/15/2004 | ○5 | ORDER granting 2Motion to Stay. Signed by Judge Jack T. Camp on 7/15/04.(cdg) (Entered: 07/26/2004) |
| 07/15/2004 | ○6 | CONSOLIDATED RESPONSE to Motion filed by defendants Pfizer,Inc, Warner Lambert Company re2 MOTION to Stay proceedings pending transfer. (Attachments: # 1 Brief in support# 2 Schedule of Actions)(cdg) (Entered: 07/27/2004) |
| 07/15/2004 | ○7 | Notice of filing Cross motion to Transfer Pursuant to 28 U.S.C. 1407 by defendants Pfizer, Inc, Warner Lambert Company. *Contained within dfts response to pending motions to transfer 6 Motion(Attachments: # 1 in support)(cdg) Modified on 10/5/2004 to correct entry(cdg). (Entered: 07/27/2004) |
| 07/15/2004 | ○8 | CERTIFICATE OF SERVICE by Pfizer, Inc, Warner Lambert Company (cdg) (Entered: 07/27/2004) |
| 09/07/2004 | ○ | Submission of 7 MOTION to Transfer Case, submitted to District Judge Jack T. Camp. (cdg) (Entered: 09/07/2004) |
| 11/04/2004 | ○9 | ORDER of MDL Litigation Panel re: Transfer Order, transferring this action to the USDC District of Massachusetts. (cdg) (Entered: 12/02/2004) |
| 11/04/2004 | ○ | Civil Case Terminated. (cdg) (Entered: 12/02/2004) |
| 11/04/2004 | ○ | Case transferred to District of Massachusetts. Original file, certified copy of transfer order and docket sheet sent. (cdg) (Entered: 12/02/2004) |
| 11/08/2004 |  | ***Motions terminated: 7 MOTION to Transfer Case filed by Pfizer, Inc, Warner Lambert Company. MOTION IS CURRENTLY BEFORE THE MDL PANEL, FOR RULING. (cdg) (Entered: 11/08/2004) |