4months, CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:04-cv-01781-JTC

Meeks, et al v. Pfizer, Inc, et al                Date Filed: 06/21/2004
Assigned to: Judge Jack T. Camp          Jury Demand: Plaintiff
Demand: $0                                          Nature of Suit: 470
Cause: 18:1964 Racketeering (RICO) Act    Racketeer/Corrupt Organization
                                                           Jurisdiction: Federal Question

## Plaintiff

**Johnny Ray Meeks**              represented by    **Bryan Anthony Vroon**
*on behalf of himself and all*                      Vroon & Crongeyer
*others similarly situated*                          1230 Peachtree Street
                                                             Suite 2450
                                                             Atlanta, GA 30309
                                                             404-607-6710
                                                             Fax: 404-607-6711
                                                             Email: bvroon@vclawfirm.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **John W. Crongeyer**
                                                             Vroon & Crongeyer
                                                             1230 Peachtree Street
                                                             Suite 2450
                                                             Atlanta, GA 30309
                                                             404-607-6710
                                                             Fax: 404-607-6711
                                                             Email:
                                                             jcrongeyer@vclawfirm.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

## Plaintiff

**Stephanie Stephens**           represented by    **Bryan Anthony Vroon**
*on behalf of herself and all others*               (See above for address)

*similarly situated*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Crongeyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Veronica Johnson** | represented by | **Bryan Anthony Vroon** |

*on behalf of herself and all others*
*similarly situated*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Crongeyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Pfizer, Inc** | represented by | **Bryan Anthony Vroon** |

(See above for address)

**John W. Crongeyer**
(See above for address)

**Defendant**

| | | |
|---|---|---|
| **Warner Lambert Company** | represented by | **Bryan Anthony Vroon** |

(See above for address)

**John W. Crongeyer**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2004 | 1 | COMPLAINT filed and summons(es) issued. Consent form to proceed before U.S. magistrate and pretrial |

| | | |
|---|---|---|
| | | instructions given to attorney; jury demand FILING FEE $ 150 RECEIPT # 523435 (ldp) (Entered: 06/23/2004) |
| 07/15/2004 | 2 | MOTION to Stay Proceedings Pending Transfer to MultiDistrict Litigation by Veronica Johnson, Johnny Ray Meeks, Pfizer, Inc, Stephanie Stephens, Warner Lambert Company. (Attachments: # 1 Brief)(cdg) (Entered: 07/26/2004) |
| 07/15/2004 | 3 | CERTIFICATION OF COMPLIANCE by Pfizer, Inc, Warner Lambert Company (cdg) (Entered: 07/26/2004) |
| 07/15/2004 | 4 | CERTIFICATE OF SERVICE by Pfizer, Inc, Warner Lambert Company (cdg) (Entered: 07/26/2004) |
| 07/15/2004 | 5 | ORDER granting 2Motion to Stay. Signed by Judge Jack T. Camp on 7/15/04.(cdg) (Entered: 07/26/2004) |
| 07/15/2004 | 6 | CONSOLIDATED RESPONSE to Motion filed by defendants Pfizer,Inc, Warner Lambert Company re2 MOTION to Stay proceedings pending transfer. (Attachments: # 1 Brief in support# 2 Schedule of Actions)(cdg) (Entered: 07/27/2004) |
| 07/15/2004 | 7 | Notice of filing Cross motion to Transfer Pursuant to 28 U.S.C. 1407 by defendants Pfizer, Inc, Warner Lambert Company. *Contained within dfts response to pending motions to transfer 6 Motion(Attachments: # 1 in support)(cdg) Modified on 10/5/2004 to correct entry(cdg). (Entered: 07/27/2004) |
| 07/15/2004 | 8 | CERTIFICATE OF SERVICE by Pfizer, Inc, Warner Lambert Company (cdg) (Entered: 07/27/2004) |
| 09/07/2004 | | Submission of 7 MOTION to Transfer Case, submitted to District Judge Jack T. Camp. (cdg) (Entered: 09/07/2004) |
| 11/04/2004 | 9 | ORDER of MDL Litigation Panel re: Transfer Order, transferring this action to the USDC District of Massachusetts. (cdg) (Entered: 12/02/2004) |
| 11/04/2004 | | Civil Case Terminated. (cdg) (Entered: 12/02/2004) |
| 11/04/2004 | | Case transferred to District of Massachusetts. Original file, certified copy of transfer order and docket sheet sent. |

(cdg) (Entered: 12/02/2004)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/20/2004 14:22:54 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-01781-JTC |
| **Billable Pages:** | 2 | **Cost:** | 0.14 |